IN THE UNiTED STATES DISTRICT COURT

OF MASSACHUSETTS

FEDERAL DISTRICT ONE

RYAN RANDALL

CASE NO.

-vs-

JOSHUA RODRIGUEZ,

see et al.

**Civil Complaint**

**Plaintiff: Ryan Randall**
**Vs**
**Defendants: Joshua Rodriguez, Lev, Bishop Darren Simpson, Piper Sedgewick, Alicia Herbert, and Rudey the Break Dancer**

**Comes now Plaintiff Ryan Randall, by undersigned counsel, and for his civil suit against Defendants Joshua Rodriguez, Lev, Bishop Darren Simpson, Piper Sedgewick, Alicia Herbert, and Rudey the Break Dancer, states as follows:**

**1. The Plaintiff brings this civil suit for damages and injunctive relief arising from the unlawful actions of the Defendants in violating Plaintiff's constitutional rights to privacy, safety, and due process.**

**2. The Defendants have conspired to privatize public spaces, commit theft, sexual assault, and harassment against the Plaintiff.**

**3. The Defendants have violated federal and constitutional statutes including unlawful filing of protection orders without cause (18 U.S. Code § 241), theft of property (18 U.S. Code § 661), interference with freedom (New Hampshire Criminal Code, Chapter 633, Section 633:3-a), and unlawful privatization of public space (Constitution of the United States, Amendment I).**

**4. The Plaintiff has attached various exhibits including police reports, receipts, letters, and court documents showing the unlawful actions of the Defendants.**

**5. The Plaintiff seeks damages for emotional distress, loss of property, medical expenses, and other damages incurred as a result of Defendants' actions.**

**6. The Plaintiff also seeks injunctive relief to prevent further harassment and ensure his safety and privacy.**

1

7. The Plaintiff requests a trial by jury to determine the extent of damages and liability of the Defendants.

8. The Plaintiff alleges that the Defendants have engaged in a pattern of unlawful behavior and seeks punitive damages to deter future misconduct.

9. The Plaintiff prays for relief in the form of damages, injunctive relief, and any other relief deemed just and proper by this Honorable Court.

WHEREFORE, Plaintiff Ryan Randall respectfully requests that this Honorable Court enter judgment in his favor against Defendants Joshua Rodriguez, Lev, Bishop Darren Simpson, Piper Sedgewick, Alicia Herbert, and Rudey the Break Dancer, and grant him such other and further relief as this Court deems just and proper.

To provide a detailed overview of the exhibits attached to my Civil Complaint filed in this Court. These exhibits serve as crucial evidence in support of my claims against the Defendants in the case of Ryan Randall v. Joshua Rodriguez, Lev, Bishop Darren Simpson, Piper Sedgewick, Alicia Herbert, and Rudey the Break Dancer.

Exhibit 1: My application for the Victims Compensation Program, which demonstrates my collaboration with Gali Golan, my victims advocate at Barkk, highlighting the support I have sought due to the actions of the Defendants.

Exhibit 2: A letter addressed to the Court Department and District Court Department, showcasing my unsuccessful attempts to seek assistance from the Boston Municipal Police regarding the matters at hand.

Exhibit 3: A complaint to the 1st Circuit Court - District Division - Berlin against Joshua Rodriguez and David Wyndham, along with a letter to the state Courts of New Hampshire regarding an unwarranted protection order filed against me, which was ruled in my favor by the Honorable Judge Subers.

Exhibit 4: A police report dated September 1st, 2023, detailing the theft of a camera from my chest in Boston, Massachusetts.

Exhibit 5: A receipt for a GoPro stolen by Joshua Rodriguez from my chest in Boston, Massachusetts on December 29, 2022, serving as evidence of the theft.

Exhibit 6: Another police report to Area - 1 command submitted by Joshua after my initial report.

Exhibit 7: A letter addressed to Faneuil Hall regarding security and conduct in public spaces, meant for the Boston Municipal Police, illustrating the lack of assistance received.

Exhibit 8: A receipt for a bagpipe bag delivered to Joshua's house, which he failed to pass on to me, constituting mail theft, a felony in the state of New Hampshire.

**Exhibit 9: A request for records regarding the incident report for the violent rape I suffered in Berlin, New Hampshire, involving David Wyndham and Joshua Rodriguez.**

**Exhibit 10: A cashier's check to the city of Berlin, New Hampshire, Police Department in relation to the incident report request.**

**Exhibit 11: The state of New Hampshire judicial branch records regarding an unwarranted protection order filed against me by Joshua, attempting to privatize public space.**

**Exhibit 12: Criminal code Chapter 633, Section 633:3-a, highlighting the unlawful actions of the Defendants in filing protection orders without cause.**

**Exhibit 13: A receipt and statute related to a sex crime incident in Berlin, New Hampshire, involving Joshua Rodriguez and David Wyndham.**

**Exhibit 14: An application form for the New Hampshire Department of Justice Victims Compensation Program, confirming my involvement and the truthfulness of the details provided.**

**Exhibit 15: Evidence of my efforts to seek counseling support, including a pamphlet received from the Las Vegas Safe Nest office.**

**Exhibit 16: A temporary protection order demanding the surrender of my weapons without consent, a violation of my rights.**

**Exhibit 17: The final protection order of dismissal ruled in my favor, prompting my decision to counter-sue for the felony actions committed by the Defendants.**

**Exhibit 18: A receipt for testing at Planned Parenthood due to uncertainties surrounding the actions of Joshua towards me.**

**Exhibit 19: A letter to Sergeant Celta detailing the conspiracy and unlawful activities of Joshua and the breakdancers, along with the complicity of the Boston Municipal Police.**

**Exhibit 20: A letter to the Massachusetts State Police, narrating the rape incidents involving Joshua Rodriguez and Lev at Elliot Circle on June 29, 2023.**

**Exhibit 21: A letter to Sergeant Celtic expressing my lack of consent towards the privatization of public sidewalks and the actions of the Defendants.**

**Exhibit 24: A hand delivery protection order to David Windham for his crimes against me in Massachusetts and New Hampshire.**

**Exhibit 25: Another delivery protection order to Joshua Rodriguez for his involvement in the crimes against me in New Hampshire and Massachusetts.**

**These exhibits collectively provide a comprehensive overview of the wrongful actions committed by the Defendants, showcasing the need for justice and**

accountability in this matter. I respectfully request the Court's consideration of these exhibits in adjudicating this case fairly and justly.

Thank you for your attention in this matter.

Respectfully submitted,

Ryan K. Randall

4